```
UNITED STATES COURT OF APPEALS
      FOR THE EIGHTH CIRCUIT
```

No. 03-2366

| | | |
|---|---|---|
| Stanley William Stark, et al., | * | |
| | * | |
| Appellants, | * | |
| | * | Order Denying Petition for |
| vs. | * | Rehearing and for Rehearing |
| | * | En Banc |
| Sandberg, Phoenix & von Gontard, | * | |
| P.C., et al., | * | |
| | * | |
| Appellees. | * | |

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Wollman, Judge Riley, and Judge Gruender would grant the petition for rehearing en banc.

(5128-010199)

November 5, 2004

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit